# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GABRIEL ROJAS-GARCIA,

    *Plaintiff*,

vs.

BARACK OBAMA,

    *Defendant*.

2:11-cv-00631-JCM-RJJ

ORDER

Plaintiff has filed a civil rights complaint. Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint. The complaint further was not filed on the form required by the local rules. It does not appear from the allegations presented that a dismissal without prejudice for these defects in properly commencing an action will result in substantial prejudice.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to a properly commenced action under a new docket number.

The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED April 27, 2011.

_____
JAMES C. MAHAN
United States District Judge